# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:08-cr-516 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| ALEXANDER L. BERRY, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on 7/14/2020. Superseding violation reports were filed in this case on 1/29/2021 and 8/25/2021. The Court referred this matter to Magistrate Judge Kathleen B. Burke to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Burke reported that a supervised release violation hearing was held on 9/21/2021. The defendant admitted to the following violations:

1. Non-Compliance with Mental Health and Substance Abuse Aftercare;
2. Whereabouts Unknown;
3. New Law Violation.

The magistrate judge filed a report and recommendation on 9/21/2021, in which she recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1-3.

A final supervised release violation hearing was conducted on 10/20/2021. Present were the following: Assistant U.S. Attorney Daniel Riedl, representing the United States; Attorney Alvaro DeCola, representing the defendant; the Defendant Alexander L. Berry; and United States Probation Officer Benjamin Jurevicius.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1-3.

After receiving argument from the parties, the Court pronounced sentence as follows:

IT IS ORDERED that the defendant's term of supervised release is revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a period of 24 months, consecutive to the unexpired state court sentences Cuyahoga County Case Nos. CR-21-655663-A and CR-21-655748-A. The defendant shall pay the balance of the restitution order originally imposed, currently in the amount of $7,350.10. Restitution is due and payable immediately through the Clerk of Court's Office. The defendant shall pay 25% of his gross income per month through the Federal Bureau of Prisons Inmate Financial Responsibility Program. If a restitution balance remains upon release from imprisonment from the Bureau of Prisons, Mr. Berry is to cooperate with the Financial Litigation Unit of the United States Attorney's Office for the Northern District of Ohio regarding any outstanding restitution owed.

No supervised release to follow.

**IT IS SO ORDERED**.

Dated: October 20, 2021

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**

2